IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**OSCAR WILEY,**

    **Plaintiff,**

v.                                                     Case No. 4:23-cv-515-AW-MAF

**GOVERNOR JEB BUSH, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Plaintiff Oscar Wiley has filed a frivolous action. He did not pay the filing fee, and his IFP application was incomplete. Plus, he is a three-striker who has not alleged imminent danger.

The magistrate judge recommends dismissal. ECF No. 4. There has been no objection. I now adopt the report and recommendation to the extent it recommends dismissal for failure to pay the filing fee. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to pay the filing fee." The clerk will then close the file.

SO ORDERED on January 2, 2024.

                                                               s/ *Allen Winsor*
                                                               United States District Judge